THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PABLO SANTIAGO, Appellant. [715 NYS2d 877] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Smith, J.—Burglary, 1st Degree.) Present—Pigott, Jr., P. J., Pine, Hayes, Wisner and Kehoe, JJ.